1002

THE STATE OF WASHINGTON, *Respondent*, v. KAREN L. KORTHALS, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 03-1-00438-3, Toni A. Sheldon, J., entered February 26, 2004. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Van Deren, JJ.

MARTHA WILBANKS, *Appellant*, v. RICHARD OMBRELLARO ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Benton County, No. 02-2-00467-6, Carolyn A. Brown, J., entered August 28, 2003. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Brown, J.

PATRICK BATEMAN ET AL., *Appellants*, v. THE VALLEY CLINIC ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 03-2-00419-0, Michael E. Cooper, J., entered April 19, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Brown, JJ.

*In the Matter of the Marriage of* KELLY B. MARZETTA, *Appellant*, and ALLAN L. MARZETTA, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-3-01811-4, Paul A. Bastine, J., entered September 22, 2003. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Brown, J. Now published at 129 Wn. App. 607.